785 A.2d 432

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. CAROLE LONG, DEFENDANT–RESPONDENT.

October 3, 2001.

## ORDER

Leave to appeal is granted.

785 A.2d 432

CROSS CREEK POINTE AT ENGLEWOOD CONDOMINIUM ASSO-CIATION, INC., ETC ., PLAINTIFF–MOVANT, v. KIPCON, INC., ET AL., DEFENDANTS–RESPONDENTS.

October 11, 2001.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the trial court for reconsideration in the light of *Hubbard v. Reed,* 168 *N.J.* 387, 774 *A.*2d 495 (2001). Jurisdiction is not retained.

785 A.2d 432

MAJEK FIRE PROTECTION, INC., PLAINTIFF–MOVANT, v. PALKO CONTINENTAL, ET AL., DEFENDANTS–RESPONDENTS.

October 18, 2001.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the trial court in the light of *Fertile v. St. Michael's Medical Center,* 169 *N.J.* 481, 779 *A.*2d 1078 (2001).